TAUSEND, Respondent, v. BAGGOTT et al., Appellants. (Supreme Court, Appellate Division, First Department. March 15, 1912.) Action by Felix Tausend against Vallandigham B.

Baggott and another. G. Ryall, for appellants. J. Rieger, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.